**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| **Plaintiff,** ) | |
| ) | **8:00CR199** |
| **vs.** ) | |
| ) | **ORDER** |
| **COREY D. FLECK,** ) | |
| ) | |
| **Defendant.** ) | |

Defendant Corey D. Fleck appeared before the court on January 18, 2006 on a Petition for Warrant or Summons for Offender Under Supervision [55]. The defendant was represented by Assistant Federal Public Defender Karen M. Shanahan and the United States was represented by Assistant U.S. Attorney Susan T. Lehr.   Defendant was not entitled to a preliminary examination and the government did not request a detention hearing.   Therefore, the defendant was released on current conditions of supervision.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Senior Judge Strom.

**IT IS ORDERED**:

1.      A final dispositional hearing will be held before Senior Judge Lyle E. Strom,  in Courtroom No. 5, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 10:30 a.m. on March 31, 2006.**  Defendant must be present in person.

2       The defendant is released on current conditions of supervision.


DATED this 20th day of January, 2006.

                                        BY THE COURT:

                                        s/ F. A. Gossett
                                        United States Magistrate Judge