IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:00CR199 |
| | ) | |
| v. | ) | |
| | ) | |
| COREY FLECK, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that a final dispositional hearing on the petition for warrant or summons for offender under supervision (Filing No. 55) is scheduled for:

**Friday, May 19, 2006, at 10:15 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 8th day of May, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court